WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '07 APR 16 11:40 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SHERRY PARRISH**,                       CV # 06-685-HO

    Plaintiff,

vs.                                   ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

Attorney fees in the amount of $5,000.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this 16th day of April, 2007.

/s/ Michael R. Hogan
United States District Judge

Submitted on April 9, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1